**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:18 cv 193**

| | | |
|---|---|---|
| **CYNTHIA FISHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FRONTLINE NATIONAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter is before the Court following the filing of Defendant Frontline National's Motion to Dismiss [# 5]. The Court will now advise pro se Plaintiff of her opportunity to respond and the time for doing so.

The Court cautions Plaintiff that Defendant Frontline National has filed a Motion to Dismiss. In its Motion, Defendant asks the Court to dismiss Plaintiff's case for failure to state claims for which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6).

The Court advises Plaintiff that if she does not submit a response to Defendant Frontline National's Motion, the Court will go ahead and make a determination on Defendant's Motion without hearing from Plaintiff.

Therefore, the Court **INSTRUCTS** Plaintiff to carefully review Defendant Frontline National's Motion to Dismiss [# 5]. If Plaintiff chooses to respond, Plaintiff is reminded she has through **August 31, 2018**, plus an additional 3 days if served by U.S. Mail, to respond. The Court reemphasizes that failure to file a response will result in the Court evaluating and making a determination on Defendant's Motion to Dismiss without

hearing from Plaintiff.

Signed: August 21, 2018

Dennis L. Howell
United States Magistrate Judge